IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER KING
ADC #80233                                                              PETITIONER

v.                          No. 5:13-cv-85-DPM-BD

RAY HOBBS, Director,
Arkansas Department of Correction                                       RESPONDENT

ORDER

The Court has considered Magistrate Judge Beth Deere's Recommended Disposition, № 7. King has not objected. After reviewing for legal error and clear error of fact on the face of the record, the Court adopts the proposal. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee notes). Hobbs's motion to dismiss, № 5, is granted. King's successive petition for writ of habeas corpus, № 2, is dismissed without prejudice for lack of jurisdiction.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 May 2013