IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER KING
ADC #80233                                                                         PETITIONER

v.                             No. 5:13-cv-85-DPM

RAY HOBBS, Director,
Arkansas Department of Correction                           RESPONDENT

## JUDGMENT

King's petition for writ of habeas corpus, № 2, is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 May 2013